# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY AUDELO,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, *Commissioner of Social Security*,<br><br>Defendant. | Case No. 1:25-cv-00969-EGC<br><br>**ORDER SETTING ORAL ARGUMENT** |

The Court hereby sets the parties' cross motions for summary judgment, (Docs, 12, 18), for oral argument on December 18, 2026 at 9:30am via videoconference. The Courtroom Deputy Clerk will send to counsel a confidential Zoom videoconference link before the scheduled hearing.

The parties SHALL appear prepared to discuss the legal implications for the ALJ's misstatement of the factual record. (*Compare* AR 28 ("care has consisted only of medication, with no indication of hospitalization." (citing AR 433–44, 496)), *with* AR 984–85, 1048–50, 1384–89).

The Court notes that it will not consider arguments not made in the parties' briefs. *See Jenkins v. Cnty. of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) (concluding plaintiff "abandoned" claims not raised in opposition to motion for summary judgment); *accord Ramirez v. City of Buena Park*, 560 F.3d 1012, 1026 (9th Cir. 2009) ("A party abandons an issue when it has a full and fair opportunity to ventilate its views with respect to an issue and instead chooses a position that removes the issue from the case.").

IT IS SO ORDERED.

Dated: **November 9, 2026**

Erin Sing Castillo

UNITED STATES MAGISTRATE JUDGE